IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY MATTWAOSHSHE, *et al.*,

   Plaintiffs,

   v.

NEXTERA ENERGY, INC., *et al*,

   Defendants,

   and

UNITED STATES OF AMERICA, *et al.*,

   Federal Defendants.

CASE NO. 1:20-cv-01317-TSC

## NOTICE OF APPEARANCE

Please take notice that Amadou Kilkenny Diaw hereby enters his appearance as counsel for "Westar Energy of Kansas" ("Westar")[1], in the above-captioned matter. The Clerk of the Court will please enter the appearance of Amadou Kilkenny Diaw as counsel for the purposes of receiving notices and orders from the Court.

Date: September 28, 2020           Respectfully submitted,

---

[1] The Complaint and Summons name "Westar Energy of Kansas C/O Parent Corp. Evergy Kansas Central, Inc." as a defendant. "Westar Energy of Kansas" is not and has never been registered to do business in Kansas and Evergy Kansas Central, Inc. does not have any subsidiaries by that name. Out of an abundance of caution, because Plaintiffs attempted service of process on the registered agent of Evergy Kansas Central, Inc., I am entering this appearance.

1

By: /s/ *Amadou Kilkenny Diaw*
Amadou Kilkenny Diaw (DC Bar No. 1006908)
amadoukd@ruyakcherian.com
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
Tel: (202) 838-1564

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send a notice of electronic filing to counsel of record in this case.

       /s/ *Amadou Kilkenny Diaw*
       Amadou Kilkenny Diaw